IN THE UNITED STATES BANKRUTPCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VINCENT BERNARD DARBY                    CHAPTER 13 BANKRUPTCY

DEBTOR                                          CASE NO. 24-50130-KMS

### APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, the law firms Weitz & Luxenberg PC and Ben Crump Law PLLC, by and through their attorney, Thomas Carl Rollins, Jr., Esq., and files this Application to Employ Special Counsel in the above captioned case, and in support thereof would show unto the court the following, to-wit:

1.      That Marie Ianniello-Occhigrossi of counsel to Weitz & Luxenberg PC and Christopher O'Neal with Ben Crump Law PLLC (hereafter referred to as "Firms"), seek approval to be employed to render services in connection with the prosecution of a pre-petition personal injury claim as Special Counsel for the Debtor. The pre-petition personal injury claim is part of the CPAP Philips Respironics Personal Injury Settlement Program.

2.      That it would be in the best interest of said estate that the Firms be employed as Special Counsel for the Debtor.

3.      That the Firms' Declarations in Support of Application to Employ Special Council are attached hereto.

4.      That on June 21, 2022, the Debtor executed a contract, whereby the Debtor employed Weitz & Luxenberg PC and Ben Crump Law PLLC to represent him in connection with the foregoing.  A true and correct copy of said contract is attached hereto as Exhibit A.

5.      That in consideration of said representation, said Firms' are to receive a contingency fee of forty (40%) percent of the total recovery, plus reimbursement of costs and expenses incurred.  The approval of the fees are subject to Court approval and will not exceed the total fee percentage set forth in the Retainer Agreement.  It is understood and agreed that the foregoing costs, expenses, and advances will be reimbursed to Attorneys out of funds received by the Firms before any funds are distributed.  The Attorneys contingency fee and expenses will not exceed 50% of the gross recovery.  The 40% contingency fee is to be shared between the Firms as follows:

> - Weitz & Luxenberg PC is to receive 50% of the 40% total recovery, plus expenses incurred.

> - Ben Crump Law PLLC is to receive 50% of the 40% total recovery

**WHEREFORE, PREMISES CONSIDERED**, your Applicant prays that the Court enter an Order authorizing the Debtor to employ Marie Ianniello-Occhigrossi of counsel to Weitz

& Luxenberg PC and Christopher O'Neal with Ben Crump Law PLLC, as Special Counsel for the Debtor under the provisions set out herein and pursuant to Order of this Court.

DATED this the 4th day of June, 2026

Respectfully submitted,

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr.
Attorney for Weitz & Luxenberg
PC and Ben Crump Law PLLC

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr. hereby certify that on the 4th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent the notification of such filing to the following:

| | |
|---|---|
| David Rawlings Chapter 13 Trustee | ecfnotices@rawlings13.net |
| U.S. Trustee | USTPRegions05.JA.ECF@usdoj.gov |
| | |
| Ben Crump Law PLLC | |
| Christopher O'Neal, Esq. | chris@bencrump.com |
| | |
| Weitz & Luxenberg, PC | mocchigrossi@weitzlux.com |
| Marie Ianniello-Occhigrossi, Esq**.** | |

**THIS THE 4th** th day of May, 2026.

Text /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com
