## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VINCENT BERNARD DARBY

DEBTOR

CHAPTER 13 BANKRUPTCY

CASE NO. 24-50130-KMS

### DECLARATION IN SUPPORT OF THE APPLICATION
### TO EMPLOY SPECIAL COUNSEL

The undersigned submits this Declaration pursuant to 28 U.S.C. § 1746, Sections 327, 329 and 504 of the United States Bankruptcy Code and Fed. R. Bankr. P. 2014(a), 2016(b) and 5002(a):

1.  This Declaration is submitted in support of an Application to Employ Weitz & Luxenberg PC and Ben Crump Law PLLC as Special Counsel to the Debtor for the limited purposes disclosed in the Application to Employ Special Counsel.

2.  I am an attorney of counsel to the law firm Weitz & Luxenberg PC with an office located at 700 Broadway, New York, New York 10003.

3.  I am duly admitted to practice in the States of New York, New Jersey, Connecticut and Florida.

4.  Weitz & Luxenberg PC and I am qualified and capable of handling the Estate's interest in a personal injury claim arising from injuries Debtor sustained from the use of a CPAP device.

5.  The only firms representing the Debtor as Special Counsel in this litigation are Weitz & Luxenberg PC and Ben Crump Law PLLC. Compensation will be payable to Weitz & Luxenberg PC and Ben Crump Law PLLC on a contingency fee basis of forty (40%) percent of the total recovery, plus reimbursement of costs and expenses incurred as set forth in the Application to Employ Special Counsel. The contingency fee is to be shared between Weitz & Luxenberg PC and Ben Crump Law PLLC as follows:

    -   Weitz & Luxenberg PC is to receive 50% of the 40% total recovery, plus expenses incurred

    -   Ben Crump Law PLLC is to receive 50% of the 40% total recovery

6.  Neither Weitz & Luxenberg PC nor I represent or hold any interest adverse to the Debtor(s) or to the estate with respect to the matter on which we are to be employed. Gary R. Klein, Managing Partner, has reviewed the matrix and confirmed that there are no conflicts.

7.  Neither Weitz & Luxenberg PC nor I have any material connection (other than as set forth herein) with the Debtor(s) or the estate, its creditors, or any other party in interest or their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Weitz & Luxenberg PC was previously retained by the Debtor in the personal injury matter described in the Application.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: March __19__, 2026

Marie Ianniello-Occhigrossi, Esq.
700 Broadway
New York, NY 10003
Tel: 212-558-5536
Email: Mocchigrossi@weitzlux.com

**IN THE UNITED STATES BANKRUTPCY COURT**

**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: VINCENT BERNARD DARBY** | **CHAPTER 13 BANKRUPTCY** |
| **DEBTOR** | **CASE NO. 24-50130-KMS** |

### <u>DECLARATION IN SUPPORT OF THE APPLICATION</u>
### <u>TO EMPLOY SPECIAL COUNSEL</u>

The undersigned submits this Declaration pursuant to 28 U.S.C. § 1746, Sections 327, 329 and 504 of the United States Bankruptcy Code and Fed. R. Bankr. P. 2014(a), 2016(b) and 5002(a):

1. This Declaration is submitted in support of an Application to Employ Weitz & Luxenberg PC and Ben Crump Law PLLC as Special Counsel to the Debtor for the limited purposes disclosed in the Application to Employ Special Counsel.

2. I am an attorney at Ben Crump Law PLLC with an office located at 633 Pennsylvania Avenue NW, Floor 2, Washington, DC, 20004.

3. I am duly admitted to practice in the State of Texas.

4. Weitz & Luxenberg PC, Ben Crump Law PLLC, and I am qualified and capable of handling the Estate's interest in a personal injury claim arising from injuries Debtor sustained from the use of a CPAP device.

5. The only firms representing the Debtor as Special Counsel in this litigation are Weitz & Luxenberg PC and Ben Crump Law PLLC. Compensation will be payable to Weitz & Luxenberg PC and Ben Crump Law PLLC on a contingency fee basis of forty (40%) percent of the total recovery, plus reimbursement of costs and expenses incurred as set forth in the Application to Employ Special Counsel. The contingency fee is to be shared between Weitz & Luxenberg PC and Ben Crump Law PLLC as follows:

   - Weitz & Luxenberg PC is to receive 50% of the 40% total recovery, plus expenses incurred

   - Ben Crump Law PLLC is to receive 50% of the 40% total recovery

6. Neither Weitz & Luxenberg PC, Ben Crump Law PLLC, nor I represent or hold any interest adverse to the Debtor(s) or to the estate with respect to the matter on which we are to be employed. Christopher O'Neal, Managing Partner, has reviewed the matrix and confirmed that there are no conflicts.

7. Neither Weitz & Luxenberg PC, Ben Crump Law PLLC, nor I have any material connection (other than as set forth herein) with the Debtor(s) or the estate, its creditors, or any other party in interest or their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Weitz & Luxenberg

PC was previously retained by the Debtor in the personal injury matter described in the Application.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: May _____, 2026

Marvin C. Agumagu, Esq.
Ben Crump Law, PLLC
633 Pennsylvania Avenue NW, Floor 2
Washington, DC, 20004
Tel: (713) 714-7144
Email: Marvin.A@bencrump.com