**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Vincent Bernard Darby, Debtor**                    **Case No. 24-50130-KMS**
                                                                                      **CHAPTER 13**

## NOTICE

  Weitz & Luxenberg PC and Ben Crump Law PLLC, has filed papers with the court to be Employed as Special Counsel.
   **Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
   If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
   File with the court a written request for a hearing at:

   U.S. Bankruptcy Clerk
   U.S. Bankruptcy Court
   Thad Cochran United States Courthouse
   501 E. Court St., Ste 2.300
   Jackson, MS 39201

   If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
   You must also mail a copy to Weitz & Luxenberg PC and Ben Crump Law PLLC's, attorney:

   The Rollins Law Firm, PLLC
   P.O. Box 13767
   Jackson, MS 39236
   (601) 500-5533

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: June 4, 2026                    Signature:   /s/ Thomas C. Rollins, Jr.
                                                                    Thomas C. Rollins, Jr. (MSBN 103469)
                                                                    Jennifer A Curry Calvillo (MSBN 104367)
                                                                    The Rollins Law Firm, PLLC
                                                                    P.O. Box 13767
                                                                    Jackson, MS 39236
                                                                    601-500-5533
                                                                    trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUTPCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: VINCENT BERNARD DARBY              CHAPTER 13 BANKRUPTCY

DEBTOR                           CASE NO. 24-50130-KMS

## APPLICATION TO EMPLOY SPECIAL COUNSEL

COMES NOW, the law firms Weitz & Luxenberg PC and Ben Crump Law PLLC, by and through their attorney, Thomas Carl Rollins, Jr., Esq., and files this Application to Employ Special Counsel in the above captioned case, and in support thereof would show unto the court the following, to-wit:

1.      That Marie Ianniello-Occhigrossi of counsel to Weitz & Luxenberg PC and Christopher O'Neal with Ben Crump Law PLLC (hereafter referred to as "Firms"), seek approval to be employed to render services in connection with the prosecution of a pre-petition personal injury claim as Special Counsel for the Debtor. The pre-petition personal injury claim is part of the CPAP Philips Respironics Personal Injury Settlement Program.

2.      That it would be in the best interest of said estate that the Firms be employed as Special Counsel for the Debtor.

3.      That the Firms' Declarations in Support of Application to Employ Special Council are attached hereto.

4.      That on June 21, 2022, the Debtor executed a contract, whereby the Debtor employed Weitz & Luxenberg PC and Ben Crump Law PLLC to represent him in connection with the foregoing.  A true and correct copy of said contract is attached hereto as Exhibit A.

5.      That in consideration of said representation, said Firms' are to receive a contingency fee of forty (40%) percent of the total recovery, plus reimbursement of costs and expenses incurred.  The approval of the fees are subject to Court approval and will not exceed the total fee percentage set forth in the Retainer Agreement.  It is understood and agreed that the foregoing costs, expenses, and advances will be reimbursed to Attorneys out of funds received by the Firms before any funds are distributed.  The Attorneys contingency fee and expenses will not exceed 50% of the gross recovery.  The 40% contingency fee is to be shared between the Firms as follows:

- Weitz & Luxenberg PC is to receive 50% of the 40% total recovery, plus expenses incurred.

- Ben Crump Law PLLC is to receive 50% of the 40% total recovery

**WHEREFORE, PREMISES CONSIDERED**, your Applicant prays that the Court enter an Order authorizing the Debtor to employ Marie Ianniello-Occhigrossi of counsel to Weitz

& Luxenberg PC and Christopher O'Neal with Ben Crump Law PLLC, as Special Counsel for the Debtor under the provisions set out herein and pursuant to Order of this Court.

DATED this the 4th day of June, 2026

Respectfully submitted,

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr.
Attorney for Weitz & Luxenberg
PC and Ben Crump Law PLLC

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr. hereby certify that on the 4th day of May, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent the notification of such filing to the following:

David Rawlings Chapter 13 Trustee        ecfnotices@rawlings13.net
U.S. Trustee        USTPRegions05.JA.ECF@usdoj.gov

Ben Crump Law PLLC
Christopher O'Neal, Esq.        chris@bencrump.com

Weitz & Luxenberg, PC        mocchigrossi@weitzlux.com
Marie Ianniello-Occhigrossi, Esq.

**THIS THE 4th** th day of May, 2026.

Text /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VINCENT BERNARD DARBY

CASE NO: 24-50130

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 6/4/2026, I did cause a copy of the following documents, described below,

Notice and Application to Employ Special Counsel

Exhibit A

Exhibit B

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VINCENT BERNARD DARBY

CASE NO: 24-50130

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 6/4/2026, a copy of the following documents, described below,

Notice and Application to Employ Special Counsel

Exhibit A

Exhibit B

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/4/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-50130
SOUTHERN DISTRICT OF MISSISSIPPI
THU JUN 4 12-19-50 PST 2026

ALLY FINANCIAL  CO AIS PORTFOLIO SERVICES
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

LVNV FUNDING  LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

EXCLUDE

SUMMIT FINANCIAL SERVICE
105 S 16TH AVE
STE C
LAUREL  MS 39440-4170

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501 2036

(P)AMERICAN CASH ADVANCE 236
916 HWY 13 SOUTH
COLUMBIA MS 39429-3590

AVANT
222 W MERCHANDISE MART
PLAZA STE 900
CHICAGO  IL 60654-1105

BEST EGG
1523 CONCORD PIKE
STE 201
WILMINGTON  DE 19803-3656

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)EQUIFAX  INC
1550 PEACHTREE STREET NE
ATLANTA  GA 30309

EXPERIAN
PO BOX 2002
ALLEN  TX 75013-2002

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS  SD 57107-0145

HARBOR LOANS OF PETAL
100 EASTBROOK DRIVE STE 40
PETAL MS 39465-6008

IRS CO DREW NORWOOD
US ATTORNEY
501 E COURT STE 4430
JACKSON  MS 39201-5025

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE

EXCLUDE

(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302 7999

(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

(D)LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC   29603 0587

EXCLUDE

(D)(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014 2434

LENDMARK CO CT CORP
645 LAKELAND EAST DR
SUITE 101
FLOWOOD  MS 39232-9099

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE  SC 29603-0368

MARINER FIN CO CSC
109 EXECUTIVE DR
SUITE 3
MADISON  MS 39110-8497

MARINER FINANCE
5802 E VIRGINIA BEACH
BLVS STE 121
NORFOLK  VA 23502-2483

MARINER FINANCE  LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM  MD 21236-5904

MERIT HEALTH WESLEY
CO PASI
PO BOX 188
BRENTWOOD TN 37024-0188

MERRICK BANK
10705 JORDAN GTW
SUITE 200
SOUTH JORDAN  UT 84095-3977

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

NCB MANAGEMENT SERVICES  INC
ONE ALLIED DRIVE
TREVOSE PA 19053-6945

(P)PROFESSIONAL ACCOUNT SERVICES  INC
PO BOX 188
BRENTWOOD TN 37024-0188

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND  WA  98083-0788

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
BEST EGG
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

SPECIAL FINANCING CO
2504 BUILD AMERICA DR
HAMPTON  VA 23666-3223

SUMMIT FINANCIAL SERVICES  CORP
105 S 16TH AVE  SUITE C
LAUREL  MS 39440-4170

TBOM  MILESTONE
216 W 2ND STREET
TBOM MILESTONE
DIXON  MO 65459-8048

(P)TELECHECK SERVICES INC
P O BOX 6806
HAGERSTOWN MD 21741-6806

TOYOTA MOTOR CREDIT
8550 UNITED PLAZA BLVD
STE 903
BATON ROUGE  LA 70809-2232

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON  TEXAS 75001-9013

TOYOTA CO CT CORP
645 LAKELAND EAST DR
SUITE 101
FLOWOOD  MS 39232-9099

~~EXCLUDE~~

TRANSUNION
PO BOX 1000
CRUM LYNNE  PA 19022

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6 430~~
~~JACKSON  MS 39201 5022~~

(P)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

UPGRADE CO CT CORP
645 LAKELAND EAST DR
SUITE 101
FLOWOOD  MS 39232-9099

BLAKE A TYLER
GADOW  TYLER PLLC
511 EAST PEARL STREET
JACKSON  MS 39201-3603

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

VINCENT BERNARD DARBY
923 SAWMILL ROAD
APT 1
LAUREL  MS 39440-3926