**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Vincent Bernard Darby, Debtor** **Case No. 24-50130-KMS**
**CHAPTER 13**

# NOTICE

The undersigned counsel has filed a Motion to Approve Settlement, Compensate Special Counsel, and Authorize Distribution of Proceeds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then within 21 days after service of this Notice, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will receive it within that 21-day period.

You must also mail a copy to the Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date: September 22, 2026

Signature: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Vincent Bernard Darby, Debtor** **Case No. 24-50130-KMS**
**CHAPTER 13**

## MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS

COMES NOW, Thomas C. Rollins, Jr., attorney for Weitz & Luxenberg PC and Ben Crump Law PLLC (collectively referred to as "Special Counsel"), and files this Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds and in support thereof, would show to this Honorable Court as follows, to-wit:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow Special Counsel compensation and to pay the same as authorized by 11 U.S.C. § 330.

## SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS

3. On or about July 2, 2026, Weitz & Luxenberg PC and Ben Crump Law PLLC were employed as Special Counsel (Dk# 54) to represent the Debtor in a personal injury claim that arose from injuries Debtor sustained from the use of a defective CPAP device. The personal injury claim is part of the Philips Respironics Personal Injury Settlement Program ("Claim"). The Debtor and Special Counsel agreed to a contingency fee of 40% plus expenses incurred related to the Claim. Attached hereto as Exhibit A is the Settlement Balance Statement detailing the distribution of the gross settlement proceeds.

4. The Claim is now settled in the gross amount of $23,066.40. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

5. Special Counsel requests settlement approval and authority for the settlement proceeds to be distributed as follows:

a. Gross Attorney's Fees: $9,226.56. Pursuant to the applicable Court ordered MDL assessment fee, the amount of $2,168.24 will be deducted from the gross attorney's fee, resulting in net attorney compensation in the amount of $7,058.32 that is to be shared equally between Weitz & Luxenberg PC and Ben Crump Law PLLC ($3,529.16 each).

b. Expenses incurred related to the litigation to be reimbursed to Weitz & Luxenberg PC: $409.54

c. Amounts to be withheld by the Settlement Administrator, BrownGreer from the settlement proceeds in the aggregate amount of $6,881.83 for:

i. Medical Lien Holdback Reserve: $6,243.43, to be held by the Settlement Administrator, BrownGreer, pending final resolution and payment of medical liens.

ii. Medical Lien Administration Fee: $500.00

iii. Court-Ordered MDL Expenses: $138.40

d. Current Net Settlement Proceeds to be paid to the Chapter 13 Trustee for administration in the Debtor's bankruptcy case pursuant to further order of this Court: $6,548.47

Upon final resolution and payment of all medical liens, any unused portion of the $6,243.43 Medical Lien Holdback Reserve, together with any other settlement proceeds thereafter released or refunded, shall be remitted directly to the Chapter 13 Trustee for administration in the Debtor's bankruptcy case.

## COMPENSATION OF SPECIAL COUNSEL

6. That Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499F.2d 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America,* 544 F. 2d, 1291 (5th Cir., *cert. denied,* 97 S. Ct. 1696 [1977]), in establishing a reasonable request for compensation. The fee is reasonable in light of the requirements that bankruptcy estates be administered as economically as possible and that all the services rendered are of a legal nature requiring the services of an attorney.

7. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the bankruptcy estate prevented the attorneys from working on other cases.

8. Special Counsel was employed by Order of this Court on July 2, 2026 and is authorized to render the services for which compensation is sought.

9. The contractual contingency fee is 40% of the gross settlement, or $9,226.56. Pursuant to the applicable Court Ordered MDL assessment fee, $2,168.24 will be deducted from the gross attorney's fee, leaving net attorney compensation in the amount of $7,058.32 to be shared equally between Weitz & Luxenberg PC and Ben Crump Law PLLC.

10. Special Counsel also requests reimbursement of $409.54 in necessary expenses related to the litigation to Weitz & Luxenberg PC.

11. The requested 40% contingency fee is reasonable and falls within the range of customary attorney's fees for this type of matter.

WHEREFORE, the undersigned requests that this Motion be received and filed and that an Order be entered approving the settlement, compensation, and distribution of proceeds described above, including remittance of the net settlement proceeds to the Chapter 13 Trustee and any unused Medical Lien Reserve or other settlement proceeds later released or refunded, and granting such other, further, and general relief to which Special Counsel may be entitled.

Respectfully submitted,

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds was forwarded on September 22, 2026 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VINCENT BERNARD DARBY

CASE NO: 24-50130

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/22/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

VINCENT BERNARD DARBY

CASE NO: 24-50130

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/22/2026, a copy of the following documents, described below,

Notice and Motion to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-50130
SOUTHERN DISTRICT OF MISSISSIPPI
TUE SEP 22 12-8-39 PST 2026

ALLY FINANCIAL CO AIS PORTFOLIO SERVICES
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

EXCLUDE
(U)BEN CRUMP LAW PLLC

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SUMMIT FINANCIAL SERVICE
105 S 16TH AVE
STE C
LAUREL MS 39440-4170

EXCLUDE
(U)WEITZ LUXENBERG PC

EXCLUDE
US BANKRUPTCY COURT
DAN M RUSSELL JR US COURTHOUSE
2012 15TH STREET SUITE 244
GULFPORT MS 39501-2036

(P)AMERICAN CASH ADVANCE 236
916 HWY 13 SOUTH
COLUMBIA MS 39429-3590

AVANT
222 W MERCHANDISE MART
PLAZA STE 900
CHICAGO IL 60654-1105

BEST EGG
1523 CONCORD PIKE
STE 201
WILMINGTON DE 19803-3656

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

(P)EQUIFAX INC
1550 PEACHTREE STREET NE
ATLANTA GA 30309

EXPERIAN
PO BOX 2002
ALLEN TX 75013-2002

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

HARBOR LOANS OF PETAL
100 EASTBROOK DRIVE STE 40
PETAL MS 39465-6008

IRS CO DREW NORWOOD
US ATTORNEY
501 E COURT STE 4430
JACKSON MS 39201-5025

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

EXCLUDE
(D)(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

EXCLUDE
(D)LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

EXCLUDE
(D)(P)LENDMARK FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
2118 USHER ST
COVINGTON GA 30014-2434

LENDMARK CO CT CORP
645 LAKELAND EAST DR
SUITE 101
FLOWOOD MS 39232-9099

MERRICK BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

MARINER FIN CO CSC
109 EXECUTIVE DR
SUITE 3
MADISON MS 39110-8497

MARINER FINANCE
5802 E VIRGINIA BEACH
BLVS STE 121
NORFOLK VA 23502-2483

MARINER FINANCE LLC
8211 TOWN CENTER DRIVE
NOTTINGHAM MD 21236-5904

MERIT HEALTH WESLEY
CO PASI
PO BOX 188
BRENTWOOD TN 37024-0188

MERRICK BANK
10705 JORDAN GTW
SUITE 200
SOUTH JORDAN UT 84095-3977

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

NCB MANAGEMENT SERVICES INC
ONE ALLIED DRIVE
TREVOSE PA 19053-6945

(P)PROFESSIONAL ACCOUNT SERVICES INC
PO BOX 188
BRENTWOOD TN 37024-0188

QUANTUM3 GROUP LLC AS AGENT FOR
VELOCITY INVESTMENTS LLC
PO BOX 788
KIRKLAND WA 98083-0788

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
BEST EGG
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SPECIAL FINANCING CO
2504 BUILD AMERICA DR
HAMPTON VA 23666-3223

SUMMIT FINANCIAL SERVICES CORP
105 S 16TH AVE SUITE C
LAUREL MS 39440-4170

TBOM MILESTONE
216 W 2ND STREET
TBOM MILESTONE
DIXON MO 65459-8048

(P)TELECHECK SERVICES INC
P O BOX 6806
HAGERSTOWN MD 21741-6806

TOYOTA MOTOR CREDIT
8550 UNITED PLAZA BLVD
STE 903
BATON ROUGE LA 70809-2232

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

TOYOTA CO CT CORP
645 LAKELAND EAST DR
SUITE 101
FLOWOOD MS 39232-9099

TRANSUNION
PO BOX 1000
CRUM LYNNE PA 19022

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

(P)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

UPGRADE CO CT CORP
645 LAKELAND EAST DR
SUITE 101
FLOWOOD MS 39232-9099

BLAKE A TYLER
GADOW TYLER PLLC
511 EAST PEARL STREET
JACKSON MS 39201-3603

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR
VINCENT BERNARD DARBY
923 SAWMILL ROAD
APT 1
LAUREL MS 39440-3926