**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Vincent Bernard Darby, Debtor** **Case No. 24-50130-KMS**
**CHAPTER 13**

**ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL AND AUTHORIZING DISTRIBUTION OF PROCEEDS**

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK #_56_), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds is granted, and the requested compensation for Special Counsel is approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $23,066.40.

IT IS FURTHER ORDERED that the Court hereby approves distribution of the settlement proceeds as follows:

a. Gross Attorney's Fees: $9,226.56, less the $2,168.24 Court Ordered MDL assessment fee, for net attorney compensation in the amount of $7,058.32 to be shared equally between Weitz & Luxenberg PC and Ben Crump Law PLLC ($3,529.16 each).

b. Expenses incurred related to the litigation to be reimbursed to Weitz & Luxenberg PC: $409.54

c. Settlement holdbacks and fees held with the Settlement Administrator, BrownGreer totaling $6,881.83 for:

i. Medical Lien Holdback Reserve: $6,243.43, held by the Settlement

Administrator pending final medical lien resolution and payment.

ii. Medical Lien Administration Fee: $500.00 iii. Court-Ordered MDL Expenses: $138.40

d. Current Net Settlement Proceeds to the Chapter 13 Trustee for administration pursuant to further order of this Court: $6,548.47

IT IS FURTHER ORDERED that Special Counsel and/or the Settlement Administrator are authorized to make the foregoing distributions. The current net settlement proceeds of $6,548.47 shall be remitted directly to the Chapter 13 Trustee.

IT IS FURTHER ORDERED that any balance of the $6,243.43 Medical Lien Holdback Reserve remaining after payment of final medical liens, together with any other settlement funds later released or refunded, shall be remitted directly to the Chapter 13 Trustee. The Trustee is authorized to sign a release, if requested.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533